1064

[No. 46395-4-II.   Division Two.   July 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LOUIS WITHERS, *Appellant*.

*Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa and Sutton, JJ.

[No. 46439-0-II.   Division Two.   July 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK FRANCIS DODGE II, *Appellant*.

*Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa and Melnick, JJ.

[No. 46684-8-II.   Division Two.   July 21, 2015.]

PUBLIC UTILITY COMMISSION, *Respondent*, v. CERTAIN REAL PROPERTY IN PIERCE COUNTY ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Maxa, J., concurred in by Lee and Sutton, JJ.

[No. 32091-0-III.   Division Three.   July 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGELIO DELGADO RODRIGUEZ, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.